```
                 UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                       PENSACOLA DIVISION

IN RE:                          )
                                )
JOHNAND RUNGSIME KOKIS           )  CASE NO.  09-30853-LMK
                                )     CHAPTER 7
       Debtor.                  )
_____)
```

                   REPORT OF UNCOLLECTED FUNDS

     JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

```
                 NAME AND ADDRESS
CLAIM NO.          OF CREDITOR                          AMOUNT

   15         Worldwide Asset Purchasing II              26.99
              C/o West Asset Purchasing
              P. O. Box 105698
              Atlanta, GA 303048
```

```
Dated: 4/21/11                   /s/ John E. Venn, Jr.
                                 JOHN E. VENN, JR.,
                                 TRUSTEE
                                 FL Bar No. 184992
                                 220 W. Garden St.
                                 Suite 603
                                 Pensacola, FL 32502
                                 (850) 438-0005
                                 Johnevennjrpa@aol.com
```